UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:22-CR-146 |
| | ) | |
| TON TON AQUINO | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for April 21st, 2023, April 24th, 2023, May 29th – June 2nd, 2023, June 30th – July 5th, 2023, and August 1st – August 14th, 2023. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 3rd day of April, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia